### HAWKINS ag[t] SHEAFE

Thomas Hawkins plaint. ag[t] Sampson Sheafe Defend[t] in an action of the case for better Security for performance of a promiss & engagement made by the s[d] Sheafe to the s[d] Hawkins before sufficient witness both before & after the s[d] Hawkins Signed & Sealed a deed of Mortgage unto the saide Sheafe of his houseing & lands, the . w[ch] s[d] promiss was [369] that the s[d] Sheafe would take his just due & no more out of the pu[r]misses & return the rest to the s[d] Tho: Hawkins with other due damages according to attachm[t] Dat[d] April. 7th 1676. . . . The Jury . . . founde for the Defend[t] costs of Court being three Shillings & ten pence.

[The beginning of this case may be found on p. 1, and the most recent developments on p. 564, above. See also below, p. 705.]

### ADAMS ag[t] BENNET

Samuel Adams plaint. ag[t] John Bennet Defend[t] in an action of the case for the Summe of One hundred pounds mony being the Forfiture of a bond for not paying the Summe of thirty Four pounds ten Shillings according to the award & determination of three men mutually chosen between them w[th] all other just damages according to attachm[t] dat[d] 29° 1st m° 76. . . . The Jury . . . founde for the plaint. the Forfiture of the bond One hundred pounds mony & costs of Court The Defendant appeal[d] from this judgem[t] unto the next Court of Assistants & himselfe principall in £.200. & W[m] Bartholmew & Experience Willis Sureties in £:100. apeice bound themselves respectiuely in the Summes aforesaide . . . on condition the s[d] John Bennet should prosecute his appeale . . .

[Various papers of no great importance are in S. F. 1438; see Records of Court of Assistants, i. 69.]